SDNY/NYNY
03-cr-449
Wood

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square, 40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 06-3011-cr

**Motion For:** Withdrawal of Notice of Appeal

**Caption [use short title]:** USA v. MARRERO

Set forth below precise, complete statement of relief sought:

Permission to withdraw notice of appeal

**MOVING PARTY:** United States of America
**OPPOSING PARTY:** Caleb Marrero

☐ Plaintiff    ☐ Defendant
X Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** MICHAEL J. GARCIA
United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

by: AUSA Jason P.W. Halperin
Tel: (212) 637-2643
e-mail: jason.halperin@usdoj.gov

**OPPOSING ATTORNEY [Name]:** Joseph A. Bondy
[name of attorney, with firm, address, phone number and e-mail]

Joseph A. Bondy
401 Greenwich Street, Fifth Floor
New York, N.Y. 10013
(212) 219-3572

**Court-Judge/Agency appealed from:** U.S. District Court, Southern District of New York (Hon. Kimba M. Wood)

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought?    Yes X No
B. been obtained?    Yes X No
Is oral argument requested?    Yes X No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    Yes X No
If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this Court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

**Signature of Moving Attorney:** [signature]    **Date:** 10/20/06

Has service been effected?    ☐ Yes ☐ No
[Attach affidavit of service]

Filed OCT 20 2006 — United States Court of Appeals, Second Circuit, Roseann B. MacKechnie, Clerk

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED** ~~DENIED~~.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by [signature]
By: Arthur M. Heller, Motions Staff Attorney

Date: OCT 26 2006 (Filed, United States Court of Appeals, Second Circuit)

FORM T-1080 (Revised 10/31/02)

A TRUE COPY — Thomas W. Asreen, Acting Clerk, by [signature] Deputy Clerk

ISSUED AS MANDATE: 2-2-07

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square, 40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 06-3011-cr

**Motion For:** Withdrawal of Notice of Appeal

**Caption [use short title]**

USA v. MARRERO

Set forth below precise, complete statement of relief sought:

Permission to withdraw notice of appeal

**MOVING PARTY:** United States of America

**OPPOSING PARTY:** Caleb Marrero

- ☐ Plaintiff
- ☐ Defendant
- X Appellant/Petitioner
- ☐ Appellee/Respondent

FILED OCT 2 0 2006 — Roseann B. MacKechnie, Clerk, Second Circuit

**MOVING ATTORNEY:** MICHAEL J. GARCIA
United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

by: AUSA Jason P.W. Halperin
Tel: (212) 637-2643
e-mail: jason.halperin@usdoj.gov

**OPPOSING ATTORNEY [Name]:** Joseph A. Bondy
[name of attorney, with firm, address, phone number and e-mail]

Joseph A. Bondy
401 Greenwich Street, Fifth Floor
New York, N.Y. 10013
(212) 219-3572

**Court-Judge/Agency appealed from:** U.S. District Court, Southern District of New York (Hon. Kimba M. Wood)

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
A. been sought?    Yes    X No
B. been obtained?  Yes    X No

Is **oral argument** requested?    Yes    X No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been **set**?    Yes    X No

If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made **below**?    ☐ Yes ☐ No
Has this relief been previously sought in this Court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

**Signature of Moving Attorney:** [signature]    **Date:** 10/20/06

Has **service** been effected?    ☐ Yes ☐ No
[Attach affidavit of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED** ~~DENIED~~.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by [signature]
By Arthur M. Heller, Motions Staff Attorney

Date: OCT 2 6 2006 — FILED, United States Court of Appeals, Second Circuit

FORM T-1080 (Revised 10/31/02)