

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007


SDNY/NYNY
03-CR-449
Wood

Thomas Asreen
ACTING CLERK

Date: 5/15/07
Docket Number: 06-4531-cr
Short Title: USA v. Mendola (Marrero)
DC Docket Number: 03-cr-449
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of May, two thousand seven.

UNITED STATES OF AMERICA,

                    Appellee,

Caleb Marrero,

                    Defendant Appellant,



A scheduling order in accordance with the *Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals* having been entered therein, requiring the record on appeal, the appellant`s brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal defendant-appellant, Caleb Marrero, it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

This order may not be used as the basis for terminating the defendant-appellant`s release pending appeal until 30 days have elapsed from the date of the order.

For the Court,
Thomas Asreen, Acting Clerk

By: Ralph Obas
Deputy Clerk

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

Certified: 5-15-07

# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK 10007

**Thomas Asreen**
ACTING CLERK

Date:             5/15/07
Docket Number:    06-4531-cr
Short Title:      USA v. Mendola (Marrero)
DC Docket Number: 03-cr-449
DC:               SDNY (NEW YORK CITY)
DC Judge:         Honorable Kimba Wood

     At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of May, two thousand seven.

UNITED STATES OF AMERICA,

           Appellee,

Caleb Marrero,

           Defendant Appellant,



    A scheduling order in accordance with the *Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals* having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

    Upon consideration of the appeal defendant-appellant, Caleb Marrero, it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

    This order may not be used as the basis for terminating the defendant-appellant's release pending appeal until 30 days have elapsed from the date of the order.

For the Court,
Thomas Asreen, Acting Clerk

By: Ralph Obas
Deputy Clerk

IE MANDATE, CONSISTING OF
EMS BELOW, HAS BEEN RECEIVED
  OPINION ( ) STATEMENT OF COSTS
X ORDER
  CEIVED BY: _____ DATE _____