TO:    Hororable Kimba M. Wood
        Daniel Patrick Moynahan
        500 Pearl Street
        New York, NY 10007-1312

CC:    Susan E. Karlak
        200 Federal Plaza
        Suite 130
        P.O. Box 2097
        Paterson, NJ 07509-2097

FROM: Blake H. Kantor

: Docket# 03-00449-006
: Offense:  Conspiracy to Distribute and possess with intent to distribute MDMA (Ecstasy)
: Sentenced on 3/29/05
: Began Supervised Release on 1/19/07
: Case Expires on 1/18/10

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
2/18/08
DOC #: _____
DATE FILED: 3/27/08

MEMO ENDORSED

Honorable Kimba M. Wood

    I am writing this letter requesting early termination from my sentence.  I have been 100% compliant with the terms of my release. I have worked at one job for that time and I have just begun a new and exciting career with Blue Star Jets. Most importantly, I have not used drugs since before my incarceration in 04'. There is proof of this because of the many drug tests that I have taken that have been negative.
    I honestly believe that this whole experience saved my life. It was obvious to all but me at the time that all my bad decisions emanated from my use of drugs.
    In conclusion, my new job will require travel and possibly moving. It would be great to be able to do those things like a normal citizen. For my family and myself I would love to finally put this whole thing behind us. For me, I feel it is time. I hope you agree. Thank you for your consideration.

*Granted. KMW*

    Sincerely,

    [signature]

    Blake H. Kantor
    2200 N. Central Rd. APT. 8F
    Fort Lee, NJ 07024

3-26-08
SO ORDERED: N.Y., N.Y.

[signature] Kimba M. Wood

KIMBA M. WOOD
U.S.D.J.