**MANDATE**

5-28-08

SDNY/NYNY
03-CR-449
Wood

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 06-3011-cr (L) 06-4531-cr (con)

Caption [use short title]:

United States of America
-v-
Caleb Marrero

Motion for: To Withdraw Notice of Appeal

FILED APR 30 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

RECEIVED 2008 APR 30 PM 3:21 CLERK'S OFFICE U.S. COURT OF APPEALS

Set forth below precise, complete statement of relief sought:

Motion to Withdraw Notice of Appeal because Defendant wishes to withdraw his Appeal after being advised that no viable avenues for appeal exist.

MOVING PARTY: Caleb Marrero
☐ Plaintiff     ☒ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

OPPOSING PARTY: United States Attorney's Office - SDNY

MOVING ATTORNEY: Daniel A. Hochheiser, Esq.
[name of attorney, with firm, address, phone number and e-mail]
Hochheiser, Hochheiser & Inwood, LLP
270 Madison Avenue, Suite 1203
New York, NY 10016
(212) 689-4343
dah@hochheiser.com

OPPOSING ATTORNEY [Name]: Jason Halperin, Esq.
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Court-Judge/Agency appealed from: United States District Judge Kimba M. Wood

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?    ☐ Yes   ☒ No
B. been obtained?  ☐ Yes   ☒ No

Is oral argument requested?  ☐ Yes  ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☒ No
If yes, enter date _____

Signature of Moving Attorney: [signed]   Date: April 30, 2008

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:

Has request for relief been made below?  ☐ Yes  ☐ No

Has this relief been previously sought in this Court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Has service been effected?  ☒ Yes  ☐ No
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED** DENIED.

Appellee-Cross Appellant's motion to withdraw the cross-appeal is granted with prejudice.

FILED MAY 0 5 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

Date: _____

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By: Joy Fallek [signed]
Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by Ralph [signed]
DEPUTY CLERK

Form T-1080 (Revised 10/31/02).

ISSUED AS MANDATE: 5-28-08

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 06-3011-cr (L)  06-4531-cr (con)

**Caption [use short title]:** United States of America -v- Caleb Marrero

**Motion for:** To Withdraw Notice of Appeal

**Set forth below precise, complete statement of relief sought:**

Motion to Withdraw Notice of Appeal because Defendant wishes to withdraw his Appeal after being advised that no viable avenues for appeal exist.

*FILED APR 30 2008 — Catherine O'Hagan Wolfe, Clerk, Second Circuit*
*RECEIVED 2008 APR 30 PM 3:21 CLERK'S OFFICE U.S. COURT OF APPEALS*

**MOVING PARTY:** Caleb Marrero
- [ ] Plaintiff
- [x] Defendant
- [ ] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** United States Attorney's Office - SDNY

**MOVING ATTORNEY:** Daniel A. Hochheiser, Esq.
Hochheiser, Hochheiser & Inwood, LLP
270 Madison Avenue, Suite 1203
New York, NY 10016
(212) 689-4343
dah@hochheiser.com

**OPPOSING ATTORNEY [Name]:** Jason Halperin, Esq.
United States Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Court-Judge/Agency appealed from:** United States District Judge Kimba M. Wood

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
- A. been sought? [ ] Yes [x] No
- B. been obtained? [ ] Yes [x] No

Is **oral argument** requested? [ ] Yes [x] No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set? [ ] Yes [x] No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? [ ] Yes [ ] No

Has this relief been previously sought in this Court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

**Signature of Moving Attorney:** [signature]   **Date:** April 30, 2008

Has **service** been effected? [x] Yes [ ] No
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is (GRANTED) DENIED.

Appellee-Cross Appellant's motion to withdraw the cross-appeal is granted with prejudice.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By: Joy Fallek, Administrative Attorney

*FILED MAY 0 5 2008 — Catherine O'Hagan Wolfe, Clerk, Second Circuit*

Date: _____

Form T-1080 (Revised 10/31/02).