# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 7/14/08         │
└─────────────────────────────┘
```

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

July 7, 2008

Honorable Kimba M. Wood
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, RM 1610
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Randy Davila**
**03 CR 449 (KMW)**

Dear Judge Wood,

Mr. Davila requests to be allowed to travel to Puerto Rico with his father and girlfriend to visit his grandparents and other extended family. Mr. Davila will be traveling by plane on Continental Airlines from August 7, 2008 to August 12, 2008. He will be staying at Wyndham Hotel, 6000 Rio Mar Boulevard, Rio Grande, Puerto Rico 00745, phone number 787-888-6000.

*KMW*

Las Vegas Probation Officer Doris Nagazyna consents to this travel request (phone number 702-388-6574).

Sincerely,

Michael Hurwitz

Encls.

MH:jy

*7-10-08*
**SO ORDERED:   N.Y., N.Y.**

**KIMBA M. WOOD**
**U.S.D.J.**

MH/DAVILA, R/PUERTO RICO