# HURWITZ STAMPUR & ROTH
ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

July 7, 2008

Honorable Kimba M. Wood
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, RM 1610
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Randy Davila**
**03 CR 449 (KMW)**

Dear Judge Wood,

Mr. Davila requests early release from probation.

Mr. Davila commenced supervision with Las Vegas PO Doris Nagazyna when he was sentenced on April 12, 2005 and his probation is set to expire on April 11, 2010.

On June 30, 2008 my office spoke with Las Vegas Probation Officer Doris Nagazyna who consented to this request for early release (phone number 702-388-6574).

Sincerely,

Michael Hurwitz

MH:jy

**SO ORDERED:** N.Y., N.Y.
7-10-08

*Kimba M. Wood*
**KIMBA M. WOOD**
**U.S.D.J.**

MH/DAVILA, R/EARLY RELEASE