-3-

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/14

**Mendola, William**
**S2 03 CR 449-01 (KMW)**

[✓]  The Court allows the Probation office the discretion to grant permission for international travel throughout the remaining supervision term.

[ ]  Other: _____
_____
_____

*/s/ Kimba M. Wood*
Honorable Kimba M. Wood
Sr. U.S. District Judge

4-17-14
Date: